UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CARRISE VON HALLOW,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Civil No. 2:24-cv-01610-JR<br><br><br>ORDER FOR REMAND |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand, the Appeals Council shall instruct the ALJ to further develop the record, as necessary, offer Plaintiff the opportunity for another administrative hearing; reevaluate the evidence, including the opinion of Ro Zientara LPC; and issue a new decision.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

IT IS SO ORDERED this 7th day of July, 2025.

      /s/ Jolie A. Russo
     Jolie A. Russo
     U.S. Magistrate Judge

Submitted by:

WILLIAM M. NARUS, CAB #243633
Acting United States Attorney

SUSANNE LUSE, OSB #142489
Executive Assistant U.S. Attorney

s/ Michael J. Mullen
MICHAEL J. MULLEN, WSBA #54288
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2748